NIBCO, INC., Plaintiff–Appellant,

v.

TYCO INTERNATIONAL (US), INC., Tyco Valves & Controls, Inc., Tyco Valves & Controls LP and TV & C GP Holding, Inc., Defendants–Appellees.

No. 06–1057.

United States Court of Appeals, Federal Circuit.

March 9, 2007.

Before MAYER, PROST, Circuit Judges, and WHYTE,* District Judge.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

---

Graceanne ADAMO, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent,

and

Department of Defense, Intervenor.

No. 2006–3184.

United States Court of Appeals, Federal Circuit.

March 9, 2007.

Before MAYER, LOURIE, and DYK, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

---

* Honorable Ronald M. Whyte, District Judge, United States District Court for the Northern District of California, sitting by designation.